**FILED**

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF OKLAHOMA

MAR 10 2023

Mark C. McCartt, Clerk
U.S. DISTRICT COURT

① Bettina B. Beaver
_____
Plaintiff(s)

vs.

① Denver Amazon
_____
Defendant(s)

Case Number: 541-2022-02119

**23 CV - 092 TCK - SH**

## COMPLAINT

A. Parties

1) Bettina Beaver , is a citizen of Oklahoma
   (Plaintiff)                              (State)

   who presently resides at 7521 S. Olympia Ave. West #1105 Tulsa 74132
                              (mailing address if different from residence)

2) Defendant Denver Amazon is a citizen of Aurora, CO
   (Name of first defendant)                  (City, State)

   and is employed as 19799 E. 36th Dr. Aurora, CO 80011
                        (Position and title, if any)

3) Defendant _____ is a citizen of _____
   (Name of second defendant)                        (City, State)

   and is employed as _____
                        (Position and title, if any)

*[You may attach additional pages (8½" x 11") to furnish the above information for additional defendants.]*

B. Jurisdiction

1) Jurisdiction is asserted pursuant to:

   Diversity
   _____

   _____

C. Nature of Case

1) Briefly state the background of your case:

   Under U.S. Civil Statute 42 U.S. Code §1981, the Plaintiff
   received unlawful and illegal acts of discrimination,
   harassment and retailation from defendent Denver Amazon.

D. Cause of Action

I allege the following:

1. Harassment and Sexual harassment

Complaint                                    1                        ProSe-01 (12/05)

Supporting Facts: (Include all facts you consider important, including names of persons involved, places and dates. Describe exactly how each defendant is involved. State the facts clearly in your own words without citing legal authority or argument.)

See attached documents

2. Equal Pay discrimination

Supporting Facts: (Include all facts you consider important, including names of persons involved, places and dates. Describe exactly how each defendant is involved. State the facts clearly in your own words without citing legal authority or argument.)

See attached and supporting documents.

3. Retaliation

Supporting Facts: (Include all facts you consider important, including names of persons involved, places and dates. Describe exactly how each defendant is involved. State the facts clearly in your own words without citing legal authority or argument.)

See attached and supporting documents

*[If necessary, you may attach additional pages (8½" x 11") to explain any allegation or to list additional supporting facts in the same format as above.]*

E. Request for Relief

I believe that I am entitled to the following relief:

Monetary compensation for punitive damages and damages for pain and suffering in the amount of $95 Billion.

Betty Beam
Original Signature of Plaintiff

7521 S. Olympia Ave. West #1105
Current Address

Tulsa, OK 74132
City                                State    ZIP

539-260-5188
Telephone

Complaint                                2                                ProSe-01 (12/05)

### 1. Sexual Harassment

On or about Oct 15, 2021, the plaintiff stated she was sexually harassment by Learning Ambassador (LA), Lonnie Anderson, a Caucasian male, on her first day of training. The LA came up to the Plaintiff as she was watching training videos on a tablet, grabbed her badge located near her breast, looked at it the badge, let it go and walked away without speaking to her. The next day, On or about Oct. 15, 2021, the plaintiff was not sure who to speak to about the issue as she had not been introduced to any management at Den5 site. Therefore, she spoke to the African American, female Learning Ambassador, Tina, who also was a trainer. The LA stated she would speak to someone about it, but no resolution was ever provided to her. However, in March 2022 the perpetrator, Lonnie Anderson, was made employee of the month.

### 2. Harassment

The plaintiff states that throughout her employment she experienced discriminatory harassment from the Den5 management by receiving solo job assignments that require (2) or more people.

In or about February 2022 the plaintiff submitted numerous job transfer requests that were consistently declined without explanation and has multiple records of new job opportunity attempts within the company.

In or about November 2021 the plaintiff submitted a request for training in other job assignments. At that time, she did not submit a training request as water-spider (pallet wrapping) because it made her dizzy during training. She did not receive additional training until her promotion in March 2022.

On or about April 10, 2022, the Plaintiff experienced humiliating and oppressive working conditions when she was assigned to a job that she previously expressed to Learning Ambassadors and others that the job made her dizzy. (See attached document for April 10, 2022)

On or about April 11, 2022, the Plaintiff experienced continuous discrimination, harassment and hazardous working conditions from Den5 management.  (See attached document for April 11,2022)

### 3. Equal Pay Discrimination

The plaintiff has records of numerous pay issues dating back to October 20, 2021.
On or about March 8, 2022, at approximately 10:30am the plaintiff spoke with the
HR manager, Jamie Kern, about her feeling discriminated against regarding her
promotion and a 30 cent pay raise as Learning Ambassador. She expressed to
management that she felt discriminated against because the other employee she
trained with in the position was an Indian American, male who had received his
raise. Jamie Kern, a Caucasian male, explained she would qualify for the raise
after her sixth month (April 2022) and would not receive an official title change.
No documentation was offered or provided on the terms of this condition.  The
plaintiff also felt harassed by the Caucasian female who was working the HR desk
because she to get her attention for assistance since she had on headphones then
making the plaintiff wait while she prioritized other duties. The HR staff then
dismissed her request to speak with the HR manager and provided a false answer
that was not requested. The plaintiff wanted to specifically speak with the HR
manager because she had previously spoken to the same HR staff about the issue
who told her no without an explanation. (See attached document for March 8,
2022)

### 4. Retaliation

The Plaintiff alleges the working conditions she experienced during her (6) month
period was retaliation for reporting unlawful conduct after her first day of training
and recognizing her perpetrator as employee of the month for March 2022.

The Plaintiff alleges Human Resources (HR) broke policy and confidentiality
agreements, who also continued to harass her after her last day on site, April 11,
2022, through email requesting a time to discuss concerns and receiving (3)
Attendance Infraction Violations via email.  (See Attached documents)

March 8, 2022

Today I went to speak with the head of HR in regards to an HR case about my pay and position as Learning Ambassador. I arrived at approximately 10:30 and asked to speak with the manager of HR. The manager Shanae said that HR could get him for me. I went over to the HR desk and waited a minute for assistance. I then went around the corner to get the girl at HR attention. She took her headphones off and said she would be with me after she finishes what she was working on. This was the same girl that I talked to when I previously asked if Learning Ambassadors got an additional .30 raise which was explained amongst other associates and was told no without any explanation.

When she assisted me, I told her that I wanted to speak with the head of HR since I had already spoken with her. She asked what the situation was and she could get him. So I explained to her that I had spoken with an associate that was in the Learning Ambassador training with me and told me that he received his additional .30 raise and that I was on his pay stub. She then told me that I wouldn't qualify for an additional raise until after a year. I then told the girl that I still wanted to speak to the manager of HR, she then went to get her boss.

I explained the situation to Jamie in HR and how I have experienced discrimination from other employees in Amazon and that this situation gives me more reason to believe that I am being discriminated against, especially since the coworker that received his raise was a male. He explained that I would qualify for the additional .30 raise in six months. I then clarified that I should be expecting this increase next month (April 2022) the same as I would be receiving my $2000 sign-on bonus. He said yes, I should get it on the same check. And if needed, it could be backdated.  I also asked if I would be getting a title change since my position was not reflected in the A to Z system. He explained that Learning Ambassador is not an official title change but more of a step toward Process Assistants and Managers.

I felt we had an understanding at this time and thanked Jamie for explaining this process that was not explained to me during my training.

-Bettina Beaver: Learning Ambassador

April 10, 2022

Today at work I was assigned to waterspider Lane A, which until recently I had been normally assigned to problem solve. That morning I went to the break room and my coworker Kyle, who often worked with me in problem solve told me that he had to notify management about his disability in his back because it was hurting. He said that he was not supposed to lift over 25lbs but he didn't want to lose his job and was hoping management would make accommodations for him so they moved him to AR problem solve. When I arrived, Tina, another Learning Ambassador, was assigned on the other side as waterspider. As I was refilling my wrappole, an associate came up to me telling how management needs to hire her to order all the supplies we need to do our jobs. I laughed and agreed that they do need a whole job for that.

While working I noticed that the stagers were not picking up my pallets. I looked on the other side and noticed that Tina only had 2 other associates on her line so she did not have as many pallets to wrap then me. However , I had 4 associates on my side building pallets and Linda, a process assistant keeping the line moving. Therefore, I had twice as many pallets to wrap.

After moving as many pallets as I could into lane B, I began to run out of room to place pallets. I went to the manager, Shanae, to tell her that I needed stagers to move the pallets because I was running out of room. She told me, "she did not have any stagers and put them in lane B."

When I went back, Linda had taken my wrappole to help wrap pallets. I was unable to find another wrappole so I had to walk around the entire building to find another pole. It took me so long to find an unused wrap pole that management assigned another waterspider to help in which that waterspider had 3 other wrappoles on his cart. I closed out 2 more pallets before running out of room and could no longer do my job without placing pallets outside of safety lines. Since I was unable to do my job I clocked out at 7:19 until my next shift.

On my next shift I was assigned waterspider again so I waited to speak to Shanae about getting reassigned. I waited 20 min to speak with Shanae while she assigned associates to different positions and gave training to another group of associates. Once I got the chance to speak with Shanae to ask to be reassigned she told me that I could speak with Mandy, Operations Manager, about the issue because she was the one that does the roster.

As I waited to speak with Mandy, Lisa came by and asked if I was waiting for Lisa, I responded yes. Lisa said that Mandy was busy loading a truck and she could help. I explained to Lisa that I wanted to be assigned from water spider because I did not have any stagers last shift. Lisa told me that they don't normally move associates from their assigned position but she could move me to under AR as waterspider. I explained to her again that I did not want to be water spider again since they won't provide what I need to do my job effectively and that I was trained to do other things. I told her that I am normally scheduled in problem solve and it wasn't until recently I had been assigned as waterspider. I told her I was trained in other things but I won't do waterspider. Lisa asked for my ID and I asked why and she said its to see what I'm trained in. I

became to tell her what all I was trained in but she cut me off and asked me for my login. I then expressed that I was frustrated with the way management was not willing to accommodate my request and that I was leaving for the day and clocked out at 9:00am.
I then called the ERC and opened a case about my time since I was unable to complete my shift.

-Bettina

Radio Incident- April 11, 2022

Today I was assigned to problem solve as gatekeeper- east. I first walked around the faculty to see how much packages needed to be picked up and noticed a ladder and pallets been placed in the way for problem solve so I removed the items for the west-gatekeeper. When I arrived at problem solve, an older lady, Rosa, I believe her name is, asked me if I was gatekeeper east because she was west gatekeeper. I told I was and she asked me where my radio was. I told her that I was never trained to have a radio so I didn't have one. As I was making my rounds to pick packages I stopped by the learning hub to get a radio but all the radios and signout sheets had been removed.

Later that day I just came back from the bathroom when a coworker in problem solve told me that they were trying to call me on the radio for a spill and that management was specially asking for me. I didnt know the Asian associate but I knew that she was trained to clean up spills as well so I told her that  management would need to come get me if they need me.

As I was going on break, Linda, a PA, walked up next to me and showed me the big spill on Lane A and said there was another one on the sort slide. During break my coworker, Jessica, mentioned she had a spill in her chute and she hopes that someone will clean it up soon. Once I returned from break I saw Linda and Jeassica near problem solve talking as Linda was scanning Jessica's badge as if she was labor tracking her because she was unable to work. I seen a spill cart out of place so I walked over there to see if everything was taken care of. Jessica said she that spill needed to be taken of. So I prepped to clean a spill and went upstairs. I did not see a spill when I arrived to Chute 2 and the learning ambassador Lille said she cleaned it up before break. I told Jessica that I did not see a spill and to show me where the spill was. The only thing that was left was a box so I took it to problem solve.

After that the manager, Evan, approached me and asked if I had a radio. I told I didnt have one because the same issue I had yesterday was happening again today, but if he could find me one that I would take one.  Evan said he was not aware of the situation yesterday and maybe he could help me if I told him the situation. I responded by telling Evan that I have not met him before and requested to speak with my direct manager, Sean, about the issue. He asked if there was anything I needed. I told him I needed communication and respect, he then asked from whom, from everybody I said.

When Sean approached me this was my first time ever speaking to him, other than the time he was rude to me for no reason and demanded that I move to another area when I was already assigned to that area by another manager. He was respectful in speaking to me this time. He informed me that he was aware of the situation from yesterday and was told that I refused to take a radio. I explained that I did not have a radio because when I was trained by the learning ambassador, Sam, he did not mention we needed a radio as gatekeeper and that all radios and signout sheets had been removed. Sean had two radios on his vest but clarified that is not standard to have a radio as gatekeeper and not to worry about having a radio for today. He then asked if I would write a statement about yesterday's incident. I told him that I figured he would ask for a statement so I had one prepared and could email it to him. He said that would be okay

so he wrote his email down. He asked if I still wanted to speak with Mandy. I told him I did
because she was the one I was originally told to speak with by Shanae.

After speaking with him I got notice of a 30 min flex up. Sean then returned stating that they
needed to a statement in writing. I told him I would take it and email both statements. He said
that I needed to write it on site. I asked why and he told me it was so I would be getting paid for
it.

As we were walking up to the learning hub, as learning ambassador I told him about the
associates mentioning they needed supplies ordered but did not feel comfortable mentioning it
to management. Also how nobody should feel like that since everyone should have recently
taken the Diversity, Equity, and Inclusion training.

When I met Mandy I asked her how she knew about yesterday's incident. She said was didn't
have much details about the situation and everything is on a need to know basis. I expressed to
her that I was disappointed in management because I felt that yesterday's incident was
unnecessary, unsafe and that the issue should have been handled yesterday.

I handed Mandy my written statement for her to read. I expressed to Mandy that I did not feel
comfortable communicating with management due to previous experiences of discrimation from
different employees at Den5 and that I notified HR of concerns of discrimination as well.

Mandy said she takes my matter seriously and wants to advocate for me but needed to know
details about the situation. She asked that I write a statement about todays incident and if I
could gave an example of the type of treatment I have received from other employees. I told her
that on my first day at Amazon I was sexually harassed by a male learning ambassador, which
almost caused me not to return the next day. However, I returned the next day and notified the
learning ambassador Tina about the situation and she said she would  speak to somebody
about it. Mandy asked me the name of the guy. I could not remember the guys name at the time
but I told Mandy I had a picture. She asked why I had a picture. I explained it was because he
was associate of the month in March. I remembered his face and it had his name. Mandy then
told me not to take anymore pictures in the future and that she would speak to HR to look into
the situation.

I after finished writing my second statement of the day. Mandy stated she wanted to ask me
some questions for clarification. She asked me where I was at the time of todays incident- i
responded i was in problem solve. She asked for more details about the male learning
ambassador and then asked me if I had used any foul langage today. I told her I didnt think so
and how that could be open to interpretation. She asked my an example so I explained how my
direct speaking ability may come off as disrespectful to her. She stated that was not the reason
she felt disrespected and she felt disrespected because  she didnt feel appreciated that she was
trying to help me. I told her that I did not feel comfortable with her asking questions after I had
already wrote 2 statements and that I would like to speak with HR. Mandy said that she could
bring out the business partner, Steve.

After Steve introduced himself, I explained that  I was telling Mandy that I did not feel comfortable with management asking me questions about an incident after I had already written a requested statement. I also updated him that mandy had just been notified about my sexual assault incident. I explained that my lack of trust and communication with manager is dirently resulted in the fact my sexual assault has never been addressed by management.

Steve explained the next process of an investigation being done and the company that does the investigations is a third-party paid out by Amazon and that they represent all of Amazon, not just Den5. He said I could call the ethics hotline. I requested that information so he wrote down the website and phone number. I thanked him for the information and expressed that I was mentally drained. He said it was okay to go home and that he would excuse me for the day. Many then asked when my next shift was, i told her Sunday. I then left at 10:30am.

4/16/22, 3:30 PM                                                                                                EthicsPoint

REPORT DETAILS

**Report Submission Date**
4/12/2022

**Reported Company/Branch Information**
Location Den5
City/State/Zip: Aurora, CO )

**Amazon Site Code**
Den5

**Please identify the person(s) engaged in this behavior:**
Lonnie Anderson - Learning Ambassador
Tina - Learning Ambassador
Shanae - Manager

**Do you suspect or know that a supervisor or management is involved?**
Yes

**If yes, then who?**
Den5 Management:
Mandy Allen-Nale
Sean Bleyle
Shanae
Linda- PA

**Is management aware of this problem?**
Yes

**What is the general nature of this matter?**
Management refused to provide the items needed to do my job properly on dates April 10-11. Statements were made regarding the matter. It was also communicated to management that had never addressed my sexual assaulted claim after my first day of training.

**Where did this incident or violation occur?**
Den5 site

**Please provide the specific or approximate time this incident occurred:**
October 12, 2022
April 11. 2022
April 12, 2022

**How long do you think this problem has been going on?**
3 months to a year

**How did you become aware of this violation?**
It happened to me

**Please identify any persons who have attempted to conceal this problem and the steps they took to conceal it:**
Tina- Learning Ambassador, stated she would talk to someone about my assault after telling her. Ignored it
Mandy Allen-Nale- Operations Manager- Said they would look into it.

**Details**
I have uploaded 3 documents providing details to the multiple incidents at site Den5. I have continually been harassed at Den5 and have submitted transfer requests several times as they keep being denied with no explanation as to why from management since I am learning ambassador and have just recently began to be trained in other areas though my request was submitted months ago.

**Uploaded Files**
  1. waterspider Incident 4-10-22.pdf
  2. Radio Incident- April 11, 2022.pdf
  3. Copy of March 8, 2022- Amazon HR Pay Issue.pdf

**Follow-Up Notes**
There are no additional notes for this report.

**Follow-Up Questions/Comments**
There are no questions asked or comments from the organization.

**Chat Transcripts**

EEOC Form 5 (11/09)

| CHARGE OF DISCRIMINATION | Charge Presented To: | Agency(ies) Charge No(s): |
|---|---|---|
| This form is affected by the Privacy Act of 1974. See enclosed Privacy Act Statement and other information before completing this form. | ☐ EEOC<br>☐ FEPA | **541-2022-02119** |

| Colorado Civil Rights Division | and EEOC |
|---|---|
| *State or local Agency, if any* | |

| Name *(indicate Mr., Ms., Mrs.)* | Home Phone | Year of Birth |
|---|---|---|
| Bettina Beaver | (539) 260-5188 | |

| Street Address |
|---|
| 2186 Jackson Keller Road Suite 1008<br>San Antonio, TX 78213 |

Named is the Employer, Labor Organization, Employment Agency, Apprenticeship Committee, or State or Local Government Agency That I Believe Discriminated Against Me or Others. (*If more than two, list under PARTICULARS below.*)

| Name | No. Employees, Members | Phone No. |
|---|---|---|
| DENVER AMAZON | 501+ Employees | |

| Street Address |
|---|
| 19799 E 36TH DR<br>AURORA, CO 80011 |

| Name | No. Employees, Members | Phone No. |
|---|---|---|
| | | |

| Street Address | City, State and ZIP Code |
|---|---|
| | |

| DISCRIMINATION BASED ON | DATE(S) DISCRIMINATION TOOK PLACE |
|---|---|
| Color, National Origin, Race, Sex | Earliest      Latest<br>10/12/2021      04/17/2022 |

THE PARTICULARS ARE (*If additional paper is needed, attach extra sheet(s)):*

In or about October 2021, I was hired by the above-named employer as an Associate and I was promoted to a Learning Ambassador in or about March 2022, which was the position I held when I resigned. When I was in training at the start of my employment, on or about October 12, 2021, I was sexually harassed by a Learning Ambassador (LA) who was a Caucasian male. The LA came up to me as I was watching training videos, grabbed my badge located near my breast, looked at it, let it go and walked away without speaking to me. I complained the next day about this to a female LA, but nothing was done. After I became an LA, I should have gotten a raise. On or about March 8, 2022, I spoke with a Caucasian male in Human Resources (HR) about my raise as an LA. An Indian American male, who became an LA about the same time I did, received his raise, but I did not. I was told that I wouldn't qualify for a raise until six (6) months which would be April 2022. I did not receive my raise as LA. I had requested additional training prior to becoming an LA but did not get any additional training until I became a LA. Starting in or about February 2022, I requested transfers several times to multiple locations in Texas. I was never transferred, nor was I given a reason why my requests were denied. There was an opportunity to transfer out of my location, but the available transfer was not a convenient commute. On or about April 10, 2022, I was assigned to wrap pallets. The stagers were not picking up my pallets. I moved as many pallets as I could to the other lane so I could keep

| I want this charge filed with both the EEOC and the State or local Agency, if any. I will advise the agencies if I change my address or phone number and I will cooperate fully with them in the processing of my charge in accordance with their procedures. | NOTARY – *When necessary for State and Local Agency Requirements* |
|---|---|
| I declare under penalty of perjury that the above is true and correct.<br><br>**Digitally Signed By: Bettina Beaver**<br>**11/16/2022**<br><br>*Charging Party Signature* | I swear or affirm that I have read the above charge and that it is true to the best of my knowledge, information and belief.<br>SIGNATURE OF COMPLAINANT<br><br>SUBSCRIBED AND SWORN TO BEFORE ME THIS DATE<br>(*month, day, year*) |

EEOC Form 5 (11/09)

| CHARGE OF DISCRIMINATION | Charge Presented To: | Agency(ies) Charge No(s): |
|---|---|---|
| This form is affected by the Privacy Act of 1974. See enclosed Privacy Act Statement and other information before completing this form. | EEOC FEPA | **541-2022-02119** |

| Colorado Civil Rights Division | and EEOC |
|---|---|
| *State or local Agency, if any* | |

working. Another employee took my wrap pole and I had to find another one. I could not continue to do my job without placing pallets outside the safety area. After speaking with an African American female manager about getting a stager I was told that no stagers were available. Since I could not do my job safely, I clocked out until my next shift. On my next shift I asked to be assigned to a different task than wrapping pallets since I had not been provided with equipment I needed to that task effectively. A Caucasian female manager asked to see my ID badge to see what else I was trained to do. I began to tell her what all I was trained in, but she cut me off and asked me for my login. I then expressed that I was frustrated with the way management was not willing to accommodate my request and that I was leaving for the day and clocked out at 9:00am. I then called the ERC and opened a case about my time since I was unable to complete my shift. On or about April 11, 2022, I was assigned in problem solve as gatekeeper- east. Another lady was assigned as gatekeeper- west and asked where my radio was. I told her I was never trained to have a radio, so I didn't have one. As I was making my rounds to pick up packages, I stopped by the learning hub to get a radio, but all the radios and sign-out sheets had been removed. Later an African American male manager approached me and asked if I had a radio. I told him I didn't have one because I am not able to get the tools needed for my job but, if he could find me a radio, I would take one. He said he was not aware of the situation yesterday but maybe he could help me if I told him the situation. I responded by telling him that I have not met him before and requested to speak with my direct manager (Caucasian male) about the issue. When my direct manager approached me, this was my first time ever speaking to him, other than the time he was rude to me for no reason and demanded that I move to another area when I was assigned to that area by another manager. He informed me that he was aware of the situation from yesterday (April 10, 2022) and was told that I refused to take a radio. I explained that I did not have a radio because when I was trained the LA (Asian male) did not mention we needed a radio as gatekeeper and that all radios and sign-out sheets had been removed. My direct manager had two (2) radios on his vest but clarified that is not standard to have a radio as gatekeeper and not to worry about having a radio for today. He then asked me to write a statement about yesterday's incident. After writing my statement I handed it the Operations Manager (Caucasian female) for her to read. I expressed to the Operations Manager that I did not feel comfortable communicating with management due to previous experiences of discrimination from different employees at Den5 and that I notified HR of concerns of discrimination as well. The Operations Manager said she takes my matter seriously and wants to advocate for me but needed to know details about the situation. I then told her that on my first day at Amazon I was sexually harassed by a male learning ambassador (Caucasian male) which almost caused me not to return the next day. However, I returned the next day and notified the LA (African American female) about the situation and she said she would speak to somebody about it.   On or about April 14, 2022, I sent an e-mail to HR stating that I was resigning, and my last day would be April 17. I received an attendance warning after I had resigned.   I believe my employer was aware of my race because one day I was talking with a manager who said something to me in Spanish. I told the manager that I did not speak Spanish and that I was Native American.  I believe I was discriminated against because of my sex, female, my race, American Indian, my national origin, Tribal Nation, and my color, in violation of Title VII of the Civil Rights Act of 1964, as amended.

| I want this charge filed with both the EEOC and the State or local Agency, if any. I will advise the agencies if I change my address or phone number and I will cooperate fully with them in the processing of my charge in accordance with their procedures. | NOTARY – *When necessary for State and Local Agency Requirements* |
|---|---|
| I declare under penalty of perjury that the above is true and correct. | I swear or affirm that I have read the above charge and that it is true to the best of my knowledge, information and belief. SIGNATURE OF COMPLAINANT |
| **Digitally Signed By: Bettina Beaver** **11/16/2022** | SUBSCRIBED   AND   SWORN   TO   BEFORE   ME   THIS   DATE *(month, day, year)* |
| *Charging Party Signature* | |

EEOC Form 161 (11/2020)   U.S. Equal Employment Opportunity Commission

## DISMISSAL AND NOTICE OF RIGHTS

| To: | **Bettina Beaver**<br>**2186 Jackson Keller Road, Suite 1008**<br>**San Antonio, TX 78213** | From: | **Denver Field Office**<br>**950 17th Street**<br>**Suite 300**<br>**Denver, CO 80202** |
|---|---|---|---|

| | *On behalf of person(s) aggrieved whose identity is CONFIDENTIAL (29 CFR §1601.7(a))* |
|---|---|

| EEOC Charge No. | EEOC Representative | Telephone No. |
|---|---|---|
| **541-2022-02119** | **Lowell Pate**<br>**Supervisory Investigator** | **(720) 779-3623** |

**THE EEOC IS CLOSING ITS FILE ON THIS CHARGE FOR THE FOLLOWING REASON:**

[ ]  The facts alleged in the charge fail to state a claim under any of the statutes enforced by the EEOC.

[ ]  Your allegations did not involve a disability as defined by the Americans With Disabilities Act.

[ ]  The Respondent employs less than the required number of employees or is not otherwise covered by the statutes.

[ ]  Your charge was not timely filed with EEOC; in other words, you waited too long after the date(s) of the alleged discrimination to file your charge

[X]  The EEOC issues the following determination: The EEOC will not proceed further with its investigation, and makes no determination about whether further investigation would establish violations of the statute. This does not mean the claims have no merit. This determination does not certify that the respondent is in compliance with the statutes. The EEOC makes no finding as to the merits of any other issues that might be construed as having been raised by this charge.

[ ]  The EEOC has adopted the findings of the state or local fair employment practices agency that investigated this charge.

[ ]  Other *(briefly state)*

### - NOTICE OF SUIT RIGHTS -
*(See the additional information attached to this form.)*

**Title VII, the Americans with Disabilities Act, the Genetic Information Nondiscrimination Act, or the Age Discrimination in Employment Act:** This will be the only notice of dismissal and of your right to sue that we will send you. You may file a lawsuit against the respondent(s) under federal law based on this charge in federal or state court. Your lawsuit **must be filed WITHIN 90 DAYS** of your receipt of this notice; or your right to sue based on this charge will be lost. (The time limit for filing suit based on a claim under state law may be different.)

**Equal Pay Act (EPA):** EPA suits must be filed in federal or state court within 2 years (3 years for willful violations) of the alleged EPA underpayment. This means that **backpay due for any violations that occurred <u>more than 2 years (3 years)</u> before you file suit may not be collectible.**

On behalf of the Commission

For _~~signature~~_ _____

December 13, 2022

Enclosures(s)

**Amy Burkholder, Director**
**Denver Field Office**

*(Date Issued)*

cc:   **Neil Alexander**
**Shareholder**
**Amazon c/o Littler Mendelson P.C.**
**2301 McGee Street, Suite 800**
**Kansas City, MO 64108**



P.O. BOX 81226, SEATTLE, WA, 98108-1226

10/9/2021

Amazon.com Services LLC
410 Terry Ave N.
Seattle, WA 98109
Employee Resource Center:  (888) 892-7180

Bettina  Beaver
1650 S. Albion St.
105
Denver, CO 80222
USA

Dear Bettina:

On behalf of Amazon.com Services LLC (the "Company"), I am very pleased to offer you the Part-time (20-29 hours) position of Fulfillment Associate. This letter clarifies and confirms the terms of your employment with the Company. You will be working a Part-time (20-29 hours) schedule.

**Start Date and Compensation**

Unless we mutually agree otherwise in writing, you will commence employment on October 12, 2021 ("Start Date"). You will ordinarily be scheduled to work 20 hours per seven-day week. Your salary will be $17.05 per hour, ($17,732.00 annualized based on 1,040 hours per year) and a $0.00 per hour Shift Differential ($0.00 annualized based on 1,040 hours per year), payable Weekly (Friday) in accordance with the Company's standard payroll practice and subject to applicable withholding taxes. You will be eligible for overtime pay in accordance with applicable laws.

**Department, Manager and Shift**

Department: 1182 DEN5 USA Sort Center Variable
Manager: Danielle Rains
Shift Pattern:

Your shift or schedule may change in the future. Based on business need, Amazon.com Services LLC reserves the right to modify shift times or rotate employees between existing shifts at any time in the company's sole discretion. Peak schedule information will be posted when it becomes available.





## Shift Information

Employees who work in Fulfillment Centers are expected to be open to working a variety of shifts. Most buildings, for instance, have night and weekend shifts, and many of our day shifts include one weekend day as part of the regular schedule. We do our best to match shifts with personal preference, but we reserve the right to assign employees to shifts and schedules based on business needs. All employees may be required to work overtime or on holidays, especially during our busy seasons.

## Preemployment Screening

This offer is contingent on the successful completion of a background check and drug test.

## Employment at Will

If you accept our offer of employment, you will be an employee-at-will, meaning that either you or the Company may terminate our relationship at any time for any reason, with or without cause. Any statements to the contrary that may have been made to you, or that may be made to you, by the Company, its agents, or representatives are superseded by this offer letter.

## Confidentiality and Invention Assignment Agreement

As a condition of your employment, you must sign the enclosed Confidentiality and Invention Assignment Agreement (the "Agreement"). Please review the Agreement carefully and, if appropriate, have your attorney review it as well.

## Employment Eligibility

To comply with immigration laws, you must provide the Company with evidence of your identity and eligibility for employment in the United States no later than three (3) business days after your date of hire. If you are in visa status, you also must provide new or renewed evidence of your eligibility for employment immediately prior to or upon expiration of your visa authorization.

## Additional Provisions

If you accept this offer, the terms described in this letter will be the initial terms of your employment, and this letter supersedes any previous discussions or offers. Any additions to or modifications to this offer must be in writing and signed by you and an officer of the Company.

**This offer and all terms of employment stated in this letter will expire ten calendar days from the date of this letter.**

Bettina, we are very excited about the possibility of you joining us. I hope that you will accept this offer and look forward to a productive and mutually beneficial working relationship. Please let me know if I can answer any questions for you about any of the matters outlined in this letter.

Sincerely,





Danielle Rains

**ACCEPTANCE**

I accept employment with Amazon.com Services LLC under the terms set forth in this letter.

*Bettina Beaver*
_____
Signature

Oct 13, 2021
_____
Date

Bettina  Beaver





# Policy: Code of Business Conduct and Ethics

Published by/Contact Information:
Legal Department

**Intended Audience:**
All Amazon Employees
**Last Revised:** 1/15/2019
NOTE: For additional compliance resources, please visit Business Conduct & Ethics Central

In performing their job duties, Amazon.com employees should always act lawfully, ethically, and in the best interests of Amazon.com. This Code of Business Conduct and Ethics (the "Code of Conduct") sets out basic guiding principles. Employees who are unsure whether their conduct or the conduct of their coworkers complies with the Code of Conduct should contact their manager or the Legal Department. Employees may also report any suspected noncompliance as provided in the Legal Department's reporting guidelines.

## On This Page

- Compliance with Laws, Rules and Regulations
- Conflicts of Interest
- Insider Trading Policy
- Discrimination and Harassment
- Health and Safety
- Price Fixing
- Bribery, Payments to Government Personnel
- Recordkeeping, Reporting, and Financial Integrity
- Reporting Violations
- Periodic Certification
- Board of Directors
- Waivers
- Questions

## Compliance with Laws, Rules and Regulations

Employees must follow applicable laws, rules and regulations at all times. Employees with questions about the applicability or interpretation of any law, rule or regulation, should contact the Legal Department.

## Conflicts of Interest

In performing their job duties, employees are expected to use their judgment to act, at all times and in all ways, in the best interests of Amazon.com. A "conflict of interest" exists when an employee's personal interest interferes with the best interests of Amazon.com. For example, a

conflict of interest may occur when an employee or a family member receives a personal benefit as a result of the employee's position with Amazon.com. A conflict of interest may also arise from an employee's business or personal relationship with a customer, supplier, competitor, business partner, or other employee, if that relationship impairs the employee's objective business judgment.

Because an employee's receipt of gifts or services could create a conflict of interest, the Legal Department will develop and maintain guidelines for disclosure of gifts or services received from customers, suppliers, competitors or business partners.

Employees should attempt to avoid conflicts of interest and employees who believe a conflict of interest may exist should promptly notify the Legal Department. The Legal Department will consider the facts and circumstances of the situation to decide whether corrective or mitigating action is appropriate.

## Insider Trading Policy

Federal and state laws prohibit trading in securities by persons who have material information that is not generally known or available to the public.

Employees of the Company may not a) trade in stock or other securities while in possession of material nonpublic information or b) pass on material nonpublic information to others without express authorization by the Company or recommend to others that they trade in stock or other securities based on material nonpublic information.

The Company has adopted guidelines designed to implement this policy. All employees are expected to review and follow the Amazon.com Insider Trading Guidelines. Certain employees must comply with trading windows and/or preclearance requirements when they trade Amazon.com securities.

## Discrimination and Harassment

Amazon.com provides equal opportunity in all aspects of employment and will not tolerate any illegal discrimination or harassment of any kind. For more information, see the Amazon.com policies on Equal Employment Opportunity and Workplace Harassment in the Amazon.com Owner's Manual.

## Health and Safety

Amazon.com provides a clean, safe and healthy work environment. Each employee has responsibility for maintaining a safe and healthy workplace by following safety and health rules and practices and reporting accidents, injuries and unsafe conditions, procedures, or behaviors.

Violence and threatening behavior are not permitted. Employees must report to work in a condition to perform their duties, free from the influence of illegal drugs or alcohol.

## Price Fixing

Employees may not discuss prices or make any formal or informal agreement with any competitor regarding prices, discounts, business terms, or the market segments and channels in which the Company competes, where the purpose or result of such discussion or agreement would be inconsistent with applicable antitrust laws. If you have any questions about this section or the applicable antitrust laws, please contact the Legal Department.

## Bribery, Payments to Government Personnel

Employees may not bribe anyone for any reason, whether in dealings with governments or the private sector. The U.S. Foreign Corrupt Practices Act, and similar laws in other countries, prohibit offering or giving anything of value, directly or indirectly, to government officials in order to obtain or retain business. Employees may not make illegal payments to government officials themselves or through a third party. Employees who are conducting business with the government officials of any country must contact the Legal Department for guidance on the law governing payments and gifts to governmental officials.

## Recordkeeping, Reporting, and Financial Integrity

Amazon.com's books, records, accounts and financial statements must be maintained in appropriate detail, must properly reflect the Company's transactions and must conform both to applicable law and to the Company's system of internal controls. Further, Amazon.com's public financial reports must contain full, fair, accurate, timely and understandable disclosure as required by law. The Company's financial, accounting and legal groups are responsible for procedures designed to assure proper internal and disclosure controls, and all employees should cooperate with these procedures.

## Reporting Violations

The Amazon.com Legal Department has developed and maintains reporting guidelines for employees who wish to report violations of the Code of Conduct. These guidelines include information on making reports to the Legal Department and to an independent third party. Please see the reporting guidelines for information and instructions.

Amazon.com will not allow retaliation against an employee for reporting misconduct by others in good faith. Employees must cooperate in internal investigations of potential or alleged misconduct.

Employees who violate the Code of Conduct will be subject to disciplinary action up to and including discharge.

## Periodic Certification

The Legal Department will designate certain employees who, based on their level of responsibility or the nature of their work, will be required to certify periodically that they have read, understand and complied with the Code of Conduct.

## Board of Directors

With respect to their service on behalf of the Company, Amazon.com's Board of Directors must comply with the relevant provisions of this Code of Conduct, including conflicts of interest, insider trading and compliance with all applicable laws, rules and regulations.

## Waivers

Waivers of this Code of Conduct may be made only in a manner permitted by law.

## Questions

Employees should speak with anyone in their management chain or the Legal Department when they have a question about the application of the Code of Conduct. If you are unsure as to how to proceed in a particular situation or if you have questions relating to the Code of Conduct, email ethics@ for further guidance.

<u>**Amazon Appeals Policy**</u>                                                             **Amazon Fulfillment**

## Amazon Fulfillment Center and Sort Center Appeals Policy

<u>**The Appeals Policy**</u>
Amazon recognizes that from time to time an Associate may encounter a problem, question, or complaint that could affect job satisfaction and work performance if left unresolved. Amazon encourages Associates to raise issues directly with their Manager, Leadership, or Human Resources teams using Amazon's Open Door Policy.

Amazon Appeals is a problem solving mechanism for qualified Associates to challenge certain disciplinary actions with which they do not agree. The Appeals program is an extension of Amazon's Open Door policy.

Amazon Appeals gives Associates a means of having their disputes addressed in an effective, timely, and impartial manner when previous non-formal attempts result in an unsatisfactory resolution. The unique characteristic of Amazon Appeals is that at the final step, the Associate may choose to have the dispute reviewed by a **Panel** consisting of <u>three</u> peers and <u>two</u> managers OR by **Senior Site Leadership**. Senior Site Leadership generally refers to the General Manager, Assistant General Manager, or Site Leader, but in some instances can include other members of Leadership who hold the highest operational position in their building.

<u>**Who is Eligible to Appeal?**</u>
This Policy applies to all regular full-time and part-time hourly Associates employed directly by Amazon (including Seasonal Associates and Associates hired through Workforce Staffing) who have reached ninety (90) days of continuous employment with Amazon as of the date of the action was appealed.  This includes all tiers of hourly Associates and hourly Associates working in support functions except for Associates in Loss Prevention, Human Resources, and Finance. Hourly supervisors who meet all eligibility criteria may appeal to Senior Site Leadership only. Exempt managers, contract workers, and temporary agency staffing employees are not eligible to participate. This Policy does not apply for performance improvement plans (PIP) or in cases where an associate may utilize Pivot to appeal performance management.

<u>**What Is Eligible to Appeal?**</u>
- Final Written Warnings
- Termination of Employment

<u>**What cannot be addressed in an Appeal?**</u>

1. An appeal cannot establish or change policy, practices or rules.
2. An appeal cannot establish or change pay rates, job levels, pay ranges or benefits.
3. An appeal cannot make staffing or promotion decisions.
4. An appeal cannot review cases where Amazon is under legal obligation to act with discipline or employment termination arising out of complaints of discrimination, harassment, retaliation or similar conduct.
5. An appeal cannot review cases of discipline or employment termination arising from violation of Workplace Violence Policy and Drug and Alcohol Abuse Policy as specified in the Owner's Manual.

   If an employee has questions regarding the appeal policy, please direct those questions to the local Human Resource team.

   **Amazon will not tolerate retaliation against anyone brings an Appeal or participates in the Appeals Process as a Panelist, Witness, Facilitator, or in any other capacity. Incidents of retaliation must be reported to HR who will investigate and take appropriate action, up to and including termination of employment.**



*This certificate is awarded to*

## Bettina Beaver

*for the successful completion of the course*

### Virtual New Hire Orientation (vNHO): Workplace Harassment Awareness
*By Global vNHO*

**Date:** 2/14/2021

## RE: Requesting a time to discuss Concerns

From:  Kern, Jamie (jamikern@amazon.com)

To:    p31rep@yahoo.com

Cc:    davisast@amazon.com

Date:  Friday, April 15, 2022, 11:55 AM CDT

Understood. I wish you the best in your future endeavors and please know that the invitation to connect to discuss your overall experience is open and I would be more than willing to jump on a quick call and/or meet in person if you feel it warranted.

Jamie

**From:** Bettina Beaver <p31rep@yahoo.com>
**Sent:** Friday, April 15, 2022 10:20 AM
**To:** Kern, Jamie <jamikern@amazon.com>
**Cc:** Davis, Steve <davisast@amazon.com>
**Subject:** RE: [EXTERNAL] Requesting a time to discuss Concerns

**CAUTION**: This email originated from outside of the

> organization. Do not click links or open attachments unless you can confirm the sender and know the content is safe.

Thank you for reaching out but that won't be necessary since my last day at Amazon will be April 17, 2022.

Thank you for your concern,

Bettina Beaver

Sent from Yahoo Mail for iPhone

On Thursday, April 14, 2022, 4:38 PM, Kern, Jamie <jamikern@amazon.com> wrote:

Hi Bettina,

I hope this message finds you well. I'm reaching out to request a time where you and I can connect to discuss some concerns that were recently brought to my attention. I know you and I have discussed previously an issue regarding your pay and I believe you might have connected with my teammate Steve (in Cc) as well. If you are amenable, I would like to arrange a time

next week to discuss these concerns as it is our goal to ensure that they are addressed directly and timely.  I am in the office M-F typically from 0900-1700, but am happy to adjust to meet your schedule. Please let me know what works best for you.

Looking forward to connecting.

Jamie

**Jamie Kern | Sr. HR Business Partner  – DEN5**

**e:** jamikern@amazon.com |**c:** 720.266.3904

Work Hard. Have Fun. Make History.

## Re: IMMEDIATE ACTION REQUIRED: Amazon Attendance Infraction Violation Notice

From:  Bettina Beaver (p31rep@yahoo.com)

To:  hr-rc-na-ja@caseservices.panorama.hr.a2z.com

Date:  Monday, April 25, 2022, 06:54 PM CDT

I have received this message in error. I have already been in contact with HR about my resignation.

Thank you,

Bettina Beaver



⟨                                                                      AA

# Re: Requesting a time to discuss Concerns



Me
To Kern, Jamie & 1 more
Apr 15 at 11:19 AM



Thank you for reaching out but that won't be

Hello Bettina Beaver,

You are receiving this notification because you did not report your recent full absence timely and have accumulated three attendance infraction violations. As a reminder, incurring three absence violations is a violation of our attendance policy, which can potentially lead to termination if not resolved. If you feel you received this message in error, or have an issue that is preventing you from attending work, you must reply directly to this email with additional details. Failure to respond will result in the separation of your employment.

You can view your schedule, report absences, and manage your time off balances via Amazon A to Z. Below are additional resources and options for support:

- If you have chosen to resign and were not able to give advance notice, please navigate to Amazon A to Z and submit a Self-Service Resignation under "Thinking of Leaving Amazon?" link located towards the bottom of the page.
- If you believe you are eligible and require a leave of absence (medical, family and/or personal) or accommodation for your absences; or have received approval for a leave or accommodation to cover these absences; - please contact the leave team by accessing the Disability and Leave Services (DLS) Portal within your Resources tab in AtoZ. If you believe your absences are due to a work-related injury, please contact your site's safety or onsite leadership team.

If you are in need of mental health and wellbeing resources (counseling, legal, work-life support) Resources for Living is available 24/7 to all Amazonians at 1-833-721-2323.


Amazon HR

For Amazon Air Associates ONLY: As a reminder, you were issued a badge that grants you access to the airport operations area and

this badge must be returned to Amazon if you do not intend to
continue employment. To ensure compliance with airport security
guidelines, please reach out to your site HR team to coordinate the
return of your badge if you do not intend to maintain employment
with Amazon.

*PLEASE RESPOND TO THIS EMAIL*

ref:_00D36b5qS._5001Q1N3wR4:ref



Bettina Beaver
1650 S. AlbionbSt. Apt 105
Denver, CO 80222

Dear Bettina (EEID: 109332400):

This letter confirms that the date of voluntary termination of your employment with Amazon.com
Services LLC is April 25, 2022.

You have executed a Confidentiality and Invention Assignment Agreement with the Company.  You are
reminded that certain provisions of the agreement survive the termination of your employment with the
Company and remain in full force and effect. Your agreement is available for review in the MyDocs
portal for 90 calendar days after the end of your employment.

We wish you the best in your future endeavors.

Sincerely,
Amazon Human Resources





**AMAZON.COM, INC.**

**CONFIDENTIALITY AND INVENTION ASSIGNMENT AGREEMENT**

This Confidentiality and Invention Assignment Agreement ("**Agreement**") is made by and between Amazon.com, Inc., a Delaware corporation, and _Bettina Beaver_ ("**Employee**").

### RECITALS

A.  Employee enters into this Agreement in connection with Employee's acceptance of employment with Amazon.com, Inc. or its subsidiary or affiliate, and any future employment with Amazon.com, Inc. or another of its subsidiaries or affiliates (depending on the circumstances, each an "**Employer**");

B.  As used in this Agreement, "**Amazon**" means Amazon.com, Inc. and any entity that controls, is controlled by, or is under common control with Amazon.com, Inc., including without limitation its subsidiaries and affiliates;

C.  Employee's acceptance of this Agreement is an express condition of Employee's employment with Employer, and is made by Employee in consideration of such employment, including the compensation, benefits and confidential information provided now and in the future to Employee by Employer, which Employee acknowledges are of significant benefit to Employee; and

D.  Employee's continued employment with Employer is expressly conditioned on Employee's good faith agreement to comply with this Agreement.

### AGREEMENTS

In consideration of the above Recitals, which are incorporated herein, the promises and covenants below, and other valuable consideration, the receipt and adequacy of which is acknowledged, the parties agree as follows:

1.  **TERM**. This Agreement, including Sections 3, 4, and 5, contains obligations that apply during Employee's employment and for specified periods after the date Employee's employment ends ("**Separation Date**"), regardless of the reason for separation or whether it was voluntary or involuntary.

2.  **ATTENTION AND EFFORT**. During employment, Employee will devote Employee's time, ability, attention, and effort to furthering Amazon's best interests and will consult and comply with the Amazon Outside Activities policy for Employee's business or division as it pertains to engaging in outside work.

3.  **CONFIDENTIAL INFORMATION**.

    3.1  **Confidentiality and Confidential Information**. Employee will obtain, receive, or gain access to Confidential Information (as defined below) in connection with Employee's work for Amazon. During employment and at all times thereafter, Employee will hold all Confidential Information in strictest confidence and will not acquire, use, publish, disclose, or communicate any Confidential Information except as required in connection with Employee's work without the prior written approval of an authorized officer of Amazon. For purposes of this Agreement, "**Confidential Information**" means proprietary or confidential information of Amazon in whatever form, tangible or intangible, whether or not marked or otherwise designated as confidential, that is not otherwise generally known to the public, relating or pertaining to Amazon's business, projects, products, customers, suppliers, inventions, or trade secrets, including but not limited to: business and financial information; Amazon techniques, technology, practices, operations, and methods of conducting business; information technology systems and operations; algorithms, software, and other computer code; published and unpublished know-how, whether patented or unpatented; information concerning the identities of Amazon's business partners and clients or potential

business partners and clients, including names, addresses, and contact information; customer information, including prices paid, buying history and habits, needs, and the methods of fulfilling those needs; supplier names, addresses, and pricing; and Amazon pricing policies, marketing strategies, research projects or developments, products, legal affairs, and future plans relating to any aspect of Amazon's present or anticipated businesses. Nothing in this Agreement prohibits non-supervisory employees' communications about their own or their coworkers' wages, hours or working conditions.

**3.2 Prevention of Unauthorized Release of Confidential Information.** Employee will take reasonable measures to prevent unauthorized persons or entities from obtaining, receiving, or gaining access to any Confidential Information in Employee's possession or control.

Nothing prohibits Employee from reporting an event that he or she reasonably believes is a legal violation to a law-enforcement agency (such as the Securities and Exchange Commission, Equal Employment Opportunity Commission, or Department of Labor), or from cooperating in an agency investigation. Employee acknowledges that he or she has received notice under the 2016 Defend Trade Secrets Act. First, that he or she will not be held criminally or civilly liable under Federal or State trade secret law for disclosing a trade secret either in confidence to a Federal, State, or Local government official or to an attorney for the purpose of reporting or investigating a suspected legal violation, or under seal in a lawsuit or other court proceeding. And, second, that an individual who pursues a lawsuit for unlawful retaliation against his or her employer for reporting a suspected legal violation may disclose the trade secret to his or her attorney and use the trade secret information in the court proceeding, provided any document containing the trade secret is filed under seal and is not disclosed unless permitted by court order.

**3.3 Confidential Information of Third Parties.** Employee will preserve as confidential any information that Employee learns or obtains from a third party or relating to a third party (such as a client, customer, affiliate, partner, or vendor) that is not readily available to the public or that Amazon is obligated to treat as confidential, and Employee will treat such information as Confidential Information.

**3.4 Return of Confidential Documents.** On the Separation Date, or at any time otherwise requested by Amazon, Employee will immediately return all Confidential Information and other things belonging to Amazon, including tools, equipment, devices, or other property, and all documents, records, notebooks, and tangible articles containing or embodying any Confidential Information, including any copies (whether stored in paper, electronic, magnetic, or other form) then in Employee's possession or control, whether prepared by Employee or others.

## 4. RESTRICTIVE COVENANTS.

**4.1 Non-Solicitation.** During employment and for 18 months after the Separation Date, Employee will not, directly or indirectly, whether on Employee's own behalf or on behalf of any other entity (for example, as an employee, agent, partner, or consultant): (a) accept or solicit business from any Customer of any product or service that Employee worked on or supported, or about which Employee obtained or received Confidential Information; or (b) encourage any Customer or Business Partner to cease doing business with Amazon or to terminate or limit an existing relationship or arrangement with Amazon. For purposes of this Agreement, "**Customer**" means any individual or entity that was a customer or client of Amazon during Employee's employment, or with which Amazon engaged in discussions before the Separation Date related to the possibility that such party might become a customer or client of Amazon, and "**Business Partner**" means any individual or entity with which, before the Separation Date, Amazon was involved in any business arrangement or engaged in discussions regarding the possibility of entering into such an arrangement.

US Nonexempt Standard
Updated 2020

**4.2 Non-Interference.** During employment and for 12 months after the Separation Date, Employee will not, directly or indirectly, whether on Employee's own behalf or on behalf of any other entity (for example, as an employee, agent, partner, or consultant): (a) solicit or otherwise encourage any employee, contractor, or consultant of Amazon ("**Amazon Personnel**") to terminate any employment or contractual relationship with Amazon; (b) disclose information to any other individual or entity about Amazon Personnel that could be used to solicit or otherwise encourage Amazon Personnel to form new business relationships with that or another individual or entity; or (c) otherwise interfere with the performance by current or former Amazon Personnel of their obligations or responsibilities to Amazon. Nothing in this Section 4.2 restricts Employee from exercising rights protected under the National Labor Relations Act.

## 5. INTELLECTUAL PROPERTY.

**5.1 Copyrights.** All copyrightable works prepared by Employee within the scope of employment are works made for hire. Employer will own all rights under copyright in and to such works, and Employer will be considered the author of such works. If and to the extent that any such works are deemed not to constitute a work made for hire, and with respect to any other works that Employee prepares during working hours or using Amazon resources, Employee hereby irrevocably assigns to Employer all right, title, and interest in and to such work. To the extent any of Employee's rights in such works, including any moral rights, are not capable of assignment under applicable law, Employee hereby irrevocably and unconditionally waives all enforcement of those rights to the maximum extent permitted under applicable law.

**5.2 Inventions.** Employee will make prompt and full written disclosure to Employer, and hereby irrevocably assigns exclusively to Employer, all of Employee's rights, title, and interest in and to any and all inventions, discoveries, designs, developments, concepts, techniques, procedures, algorithms, products, improvements, business plans, and trade secrets (collectively, "**Inventions**") that Employee solely or jointly may conceive, develop, reduce to practice, or otherwise produce during Employee's employment.

**5.3 NOTICE Regarding Inventions.** Any provision in this Agreement requiring Employee to assign rights in Inventions does not and will not apply to any Invention for which no equipment, supplies, facilities, or trade secret information of Employer was used and that was developed entirely on Employee's own time, unless (a) the Invention relates (i) directly to the business of Employer, or (ii) to Employer's actual or demonstrably anticipated research or development, or (b) the Invention results from any work performed by Employee for Employer. This **NOTICE Regarding Inventions** will be interpreted in a manner that complies with applicable state law.

**5.4 Prior Inventions.** As to any Invention in which Employee has an interest at any time, if Employee uses or incorporates such an Invention in any released or unreleased Amazon product, service, program, process, development, or work in progress, or if Employee permits Amazon so to use or incorporate such an Invention, or if such an Invention pertains to Amazon business, Employee irrevocably grants (to the extent Employee has authority to do so) a perpetual, royalty-free, fully paid up, worldwide license to exercise any and all rights with respect to such Invention, including without limitation the right to protect, make, have made, import, use, and sell that Invention without restriction and the right to sublicense those rights to others (with the right to grant further sublicenses). This license will be exclusive, subject only to any preexisting non-exclusive licenses or other pre-existing rights not subject to Employee's control.

**5.5 Assistance.** Employee will execute all documents and take all other actions reasonably requested by Amazon in order to carry out and confirm the assignments contemplated by this Agreement, including without limitation applications for patents, registered designs, certificates of authorship, and other instruments or intellectual property protections appropriate to protect and enforce intellectual property rights throughout the world. If Employee fails to execute, acknowledge, verify, or deliver any such

document reasonably requested by Amazon, Employee irrevocably appoints Amazon and its authorized officers and agents as Employee's agent and attorney-in-fact to act in Employee's place to execute, acknowledge, verify, and deliver any such document on Employee's behalf. Employee's obligations under this Section 5.5 apply during employment and at all times thereafter.

6. **DISCLOSURE OF RESTRICTIONS**. Employee will disclose and provide a true and correct copy of this Agreement to any prospective new employer, business partner, or investor BEFORE accepting employment or engaging in any business venture. Employee authorizes Amazon to provide a copy of this Agreement to any new or prospective employer, business partner, or investor of Employee.

7. **GENERAL PROVISIONS**.

7.1 **Third Party Beneficiaries**. All Amazon entities, including without limitation Employer, are intended third party beneficiaries of Employee's covenants and promises in this Agreement, and have enforceable rights and remedies under this Agreement.

7.2 **Waiver**. No waiver of any right or obligation under this Agreement will be valid unless in writing and signed by an authorized officer of Amazon. No waiver by Amazon of any breach of this Agreement will be a waiver of any preceding or succeeding breach. No waiver by Amazon of any right or obligation under this Agreement will be construed as a waiver of any other right or obligation. Amazon will not be required to give prior notice to enforce strict adherence to all terms of this Agreement.

7.3 **Governing Law and Jurisdiction**. This Agreement will be governed by and construed in accordance with the laws of the state in which Employee's employment with Employer was based at the time Employee signed this Agreement or, if signed in connection with a move to a new base after inception of employment, in accordance with the laws of the state where the new base is located. Each party irrevocably consents to exclusive jurisdiction and venue in the state and federal courts located in King County, Washington with respect to any action, claim, or proceeding arising out of or in connection with this Agreement, with the exception of requests for temporary or preliminary injunctive relief, which may be sought in any appropriate court with jurisdiction, but only if such relief could not be issued and made immediately binding against the party sought to be enjoined by the state and federal courts located in King County, Washington.

7.4 **Remedies**. Any breach of this Agreement may cause Amazon irreparable harm for which there is no adequate remedy at law. As a result, Amazon will be entitled to the issuance by a court of competent jurisdiction of an injunction, restraining order, or other equitable relief in favor of itself, without the necessity of posting a bond, restraining Employee from committing or continuing to commit any such violation. Any right to obtain an injunction, restraining order, or other equitable relief under this Agreement will not be considered a waiver of any right to assert any other remedy Amazon may have at law or in equity. Nothing in this Agreement will limit the remedies available to Amazon. The restrictions in this Agreement are independent of any other provision of this Agreement and will be enforceable whether or not Employee may have or purport to have any claim against Amazon.

7.5 **Modification of Restrictions; Severability**. Should a court of competent jurisdiction find that any provision of this Agreement, or compliance by any of the parties with any provision of this Agreement, is unlawful or unenforceable, such provision will be treated as narrowed to the extent required to make it lawful and enforceable. If such modification is not possible, the unlawful or unenforceable provision will be severed from the Agreement and the remaining provisions will remain in full force and effect to the maximum extent consistent with applicable law. If Employee breaches any post-employment obligations to Amazon set forth in Section 4 of this Agreement, the applicable duration of such obligation will be extended by a period of no less than the duration of the breaching conduct. This Agreement should be interpreted in a

way that provides the maximum protection to Amazon's Confidential Information and other business interests, and should not be interpreted against any party as its drafter.

**7.6 Survival of Covenants**. The covenants and promises contained in Sections 3 through 7 of this Agreement will survive after the Separation Date.

**7.7 Assignment**. This Agreement will bind and inure to the benefit of Employee and Amazon, and their respective heirs, legal representatives, and permitted successors and assigns. The covenants and promises of Employee under this Agreement are unique and personal. Accordingly, Employee may not assign any of Employee's rights or duties under this Agreement. Amazon.com, Inc. may assign this Agreement, without notice to Employee. Employee consents to such assignment and agrees and acknowledges that all terms and conditions of this Agreement will remain in effect after any such assignment.

**7.8 Entire Agreement**. This Agreement contains the entire understanding between Employee and Amazon with respect to the subject matter of this Agreement, with the exception of any existing obligations Employee may have to Amazon under any other written, executed agreement(s), which obligations remain in full force and effect. No modification of or amendment to this Agreement (except by a court under Section 7.5) will be effective unless in writing and signed by both Employee and an authorized officer of Amazon.com, Inc.

**7.9 Counterparts**. This Agreement may be executed in one or more counterparts, each of which will be treated as an original, but all of which taken together will be treated as one and the same instrument.

**8. EMPLOYEE REPRESENTATIONS REGARDING EXISTING OBLIGATIONS.** Employee represents and certifies as follows: (a) Employee is not in possession or control of any document or other tangible thing that in any way constitutes confidential, proprietary, or trade secret information of any third party (including any former employer); (b) Employee is not subject to a non-competition agreement that precludes Employee's work for Amazon; (c) Employee has identified all confidentiality, proprietary information, non-solicitation, or similar agreements or obligations Employee has with any third party, and Employee will not violate any such agreements or obligations in the course of Employee's work for Amazon; and (d) Employee will not use or disclose any tangible or intangible information that constitutes a trade secret of any third party (including any former employer) in the course of Employee's employment, except pursuant to written authorization to do so (e.g., a technology license between Amazon and the third party).

**9. EMPLOYEE HAS READ AND UNDERSTOOD THE TERMS OF THIS AGREEMENT; RIGHT TO SEPARATE COUNSEL.** Employee acknowledges with execution of this Agreement that: (a) Employee has carefully read all of this Agreement's terms and agrees they are necessary for the reasonable protection of the business of Employer and Amazon; (b) Employer has been induced to employ Employee by Employee's representation that Employee will abide by and be bound by each of the covenants and restraints in this Agreement; and (c) each and every covenant and restraint in this Agreement is reasonable. Employee acknowledges that Employee has been advised by Amazon that Employee is entitled to have this Agreement reviewed by counsel of Employee's choice, and has either done so or elected to forgo such right.

HAVING READ AND FULLY UNDERSTOOD THIS AGREEMENT, a copy of which has been provided to Employee, the parties execute this Agreement.

**AMAZON.COM, INC.**                                    **EMPLOYEE**

Signature: _Beth Galetti_                     Signature: _Bettina Beaver_

Name: Beth Galetti                            Name:  Bettina Beaver

Title: SVP, Human Resources                   Date:  Oct 13, 2021

6









Amazon is offering big bonuses for a limited time

From:  Amazon Staffing Team (noreply@jobs.amazon.com)
To:    p31rep@yahoo.com
Date:  Friday, October 1, 2021 at 07:33 PM CDT

Work hard, have fun and
get a bonus of up to 3000
dollars





Hello Bettina,

You've got everything going for you.

- You finished your application
- You are eligible to receive up to $22/hour
- You are eligible for a signing bonus of up to $3,000

All that's left to do is to schedule your first shift and complete your onboarding!

Don't delay - learn more about our signing bonus, generous pay and other benefits of working with Amazon.

**Select your shift**

This incentive won't last long, so don't delay! Select your preferred shift and you're on your way!

To learn more, visit us at amazon jobs.

...are receiving this email because you have expressed ...est in a job at Amazon. The purpose of this email is to ... you aware of current employment opportunities and ...ents.

Amazon is an equal opportunity employer.

© 1996-2021, Amazon.com, Inc. or its affiliates - 507 Westlake Avenue North - Seattle, WA 98109
Condition of Use | Privacy Notice

...bscribe

## Congratulations on Your Contingent Offer from Amazon!

From: Recruiting" <noreply@jobs.amazon.com> (noreply@jobs.amazon.com)

To: p31rep@yahoo.com

Date: Thursday, October 7, 2021 at 10:36 AM CDT

Bettina Beaver,

Congratulations on becoming an Amazon employee! We are excited to have you join the fun, fast-paced Amazon team!

Your start date is contingent upon passing a drug test, background check, and completing other employment requirements, such as My Docs and virtual new hire orientation. Your background check MUST pass PRIOR to your start date. Your start date is not confirmed until you receive a confirmation email from Amazon. In some circumstances, your first day may be delayed due to pre-employment requirements not being completed in time or we may need to follow up with you on information we discover during the background check process before taking action on that information. If this is the case, you'll hear from us soon.

Site:DEN5 - Sort Center(Denver, CO)
Possible Start Date: 10/15/2021
Location:
19799 E 36th Dr
Aurora,CO, 80011
Hourly Rate: 17.05
Shift Differential: (if applicable): 0
Shift: You selected your shift in the application process. Please log into your application and under "Jobs Applied" select "See Shift" to view what you chose and make any changes. You will be required to attend your two days of mandatory training, which will take place consecutively on your start date and the following scheduled work day.

Please note that your shift can flex up or down by 1 hour. Depending on labor needs, you may be asked to stay up to an additional hour after the end of your shift or leave prior to the end of your shift up to 1 hour.

Your employment is not for a fixed term and is "at will," either you or Amazon have the right to end the employment relationship at any time, with or without cause and with or without prior notice or warning. Your shift may change based on Amazon's business needs.

If you've applied for a Seasonal role please note:
As a Seasonal Associate, your role is important to us and to all Amazon customers. While your Seasonal role may be temporary, there may be opportunities to remain at Amazon working in the same location or other nearby Amazon locations, as our business volume changes regularly.

Contact Information:
We will use this information to contact you if we have any questions. Please ensure the information below is correct. If you need to update any information, tell us before you leave today or you can edit by logging into your profile at amazon.force.com.

Name: Bettina Beaver
Email Address: p31rep@yahoo.com
Mobile Phone Number:7074041678

New Steps REQUIRED for Day 1:
• If your start date is not confirmed and your contingencies clear. You will receive an email/text from Amazon with the Subject line: "Thanks for Confirming! Your First Day On-Site" with full details about your start date and how to prepare.
• 24 - 48 hours before your start date, you will receive an email from KNET (KNET System_do_not_reply@csod.com) with instructions on how to complete your online orientation. The online orientation will include information about the Amazon culture, pay and benefits, and time off and attendance policies. You will watch some exciting videos about Amazon and complete training on the Code of Conduct, Workplace Harassment Awareness, and Safety. This training takes approximately 3-4 hours and it's important to complete it before you arrive for your Day 1 with Amazon.

•If for any reason you are unable to complete the training, don't worry! An Amazon representative will assist you when you arrive at your site for your first shift.

Still have questions?
Please contact us at www.amazon.com/applicationhelp if any questions come up after you leave the new hire appointment. Changes to your shift or potential start date are typically available. Any change requests could lead to a delay or withdraw of your contingent job offer.

# Thanks for Scheduling your First Day On-Site

From:  Recruiting (noreply@jobs.amazon.com)

To:  p31rep@yahoo.com

Date:  Friday, October 8, 2021 at 07:14 PM CDT



Hello Bettina,

This email confirms your first day at Amazon! We look forward to seeing you soon.

**Appointment Details**

Date / Time:
10/15/21 3:00 AM Mountain Standard Time (MST)

Address:
Dell5 19799 E. 36th Drive, Aurora, CO, 80011, United States

**Directions / Instructions:**

**Congratulations!** You're all set and it's time to attend Day 1 at Amazon! Welcome to the team!

This is confirmation that you will be hired as an employee of Amazon (pending a final contingency) with the shift you confirmed at your new hire appointment.

Before arriving to Day 1:

1. *Complete New Hire Documents*
   - Look for an email sent by "MyDocsAdmin" using the email address, <u>MyDocs-Admin</u>@amazon.com (*Tip: Check your email spam folder if you do not receive the email)* These documents are a critical part of your on-boarding process, including setting up how you receive your pay. Please take the time to review all documents and complete this step *prior* to arriving for Day 1.
2. *Complete your online New Hire Orientation and all other assigned training*
   - About 24 hours before the start of your first scheduled shift you will receive an email from KNET (<u>KNET-System_do_not_reply@smod.com</u>) with instructions on how to complete your online orientation.
   - The online orientation will include information about the Amazon culture, setting up Amazon A to Z, pay and benefits, time off and attendance policies. You will watch some exciting videos about Amazon and complete training on the Code of Conduct, Workplace Harassment Awareness, and Safety.
   - This training takes approximately 3-4 hours and it is important to complete it before you arrive for your Day 1 with Amazon. If for any reason you are unable to complete the training, don't worry! An Amazon representative will assist you when you arrive at your site for your first shift.
3. *Once you receive your KNET login, place your Safety Shoe order using your $110 annual associate credit through Zappos*

With safety being of top priority at Amazon, we are ensuring all Amazonians have safe and comfortable shoe to work in! As a newly hired Amazon employee, you are provided with easy access and stipends to purchase safety shoes through a partnership with Zappos.

Access this link and order your new shoes for Day 1 after you received your KNET login:

- <u>https</u>

- You will use the same Amazon login and email (login@amazon.com) used to complete your online New Hire Orientation KNET to create a Zappos account.
- Every associate receives $110 annual credit to shop a diverse selection of safety shoes through Zappos!
- Your ... bonus ... also ... be applied!
- Have money left over? Associates can use extra money to purchase insoles for their new shoes!

**What to expect on Day 1:**

***Don't forget*** to bring your ID and Center *for **Disease Control and Prevention (CDC) Card if you are vaccinated.*** A CDC card is provided to any individual once they receive a COVID vaccine and is sometimes referred to as a Vaccination Card. Additionally, please bring your IDENTIFICATION: Bring a government issued photo ID or school ID with photo (For example, state issued ID, driver's license, or passport).

Safety is the #1 priority at Amazon, regardless of which role or site you are working in. Learn more about the precautions for when first coming in our building to keep people healthy here.

Arrive a few minutes early at your new location in casual attire (t-shirt, jeans, hoodie, tennis shoes, etc). Please ensure you are dressed comfortably and wear comfortable closed-toed, rubber-soled shoes.

If you've applied for a Seasonal role, please note:

As a Seasonal associate, your role is important to us and to all Amazon customers. While your Seasonal role may be temporary, there is opportunity to remain at Amazon working in the same location or other nearby Amazon locations, as our business volume changes regularly.

Our inclusive culture empowers Amazonians to deliver the best results for our customers. We not only celebrate the diversity of our workforce, we celebrate the diverse ways we work. If you have a disability and need an accommodation, such as an American Sign Language "ASL" interpreter or a device that will enable you to perform your job duties, please let us know. If you use an assistive/adaptive mobility device such as a wheelchair or cane, we encourage you to let us know as soon as possible in order to accommodate any accessibility needs prior to your start date. Contact us through http://................/accommodations .

Dress at Amazon is not formal, wear pants, jeans/shorts, t-shirt/polo, sweatshirt/light jacket and comfortable closed toed, rubber-soled shoes. Hairties will be needed — all long hair must be worn up and above the shoulders.

An Amazon team member will meet you at the entrance with your Amazon badge and expectations for the day.

We look forward to seeing you soon and welcome to the team!

Thank you,
Amazon Staffing Team

Replies to this email are not monitored. Please **do not reply.**

**Questions?** Visit Amazon Page for more information.

# Important Information Regarding Your Elected Payment Method

From:  uspayroll@amazon.com

Date:  Wednesday, October 20, 2021 at 10:01 AM CDT

Dear Amazonian,

This is an important communication related to your elected pay method. Our goal is always to pay all our employees accurately and on time. Considering the current situation with <u>Covid-19</u>, we are reaching out to you because we noticed your current elected pay method is to receive a live check. We strongly recommend that you set up direct deposit or a pay card for future payments, as live check delivery could be delayed. Instructions for setting up traditional bank direct deposit through ADP are at the bottom of this message. You may also elect to receive your pay on a pay card. Non-corporate employees should talk to site management to collect a pay card packet (see Pay Card Activation instructions below).

<u>Paycard Activation</u>

Non-corporate Employees:

1. Obtain a paycard from your site management team

2. Call ERC and let them know you need to set up the paycard for your direct deposit

3. Provide your Employee ID, Employee Name, Proxy ID number and Expiration date of the card.

4. If your mailing address in PeoplePortal is a P.O. Box, you will need to provide your physical address to proceed with activation of the paycard.

5. You will need to call the number on your card to complete activation.

For employees located in corporate offices please create a ticket using CTI: Payroll > US Payroll > Pay Check Cards to request a pay card. You must provide a physical mailing address where we can send the card via overnight delivery. We will set up the pay card as your elected form for all future payments. If your mailing address in People Portal is P.O. Box, kindly provide your physical address to proceed with card enrollment. This election can be changed at any point in the future through ADP self-service.

<u>Traditional Direct Deposit Set-up Instructions</u>

You will need to visit the ADP self-service portal by logging on to "Manage Your Pay Self Service" at https://portal.adp.com or by signing on to mypay.amazon.com, using the single Sign-on when connected through Amazon network.

Follow these steps:

1. Click on "Pay and Taxes" in the top left

2. Select the "Direct Deposit" option

3. Click on "Add New"

4. Choose account options, Full and partial options are available for all account types. You will need to select Full/Remaining or Partial amount and enter the dollar amount.

5. Once all direct deposit details are entered, click "Save".

Hourly employees can also update the direct deposit information using AtoZ if applicable.

If you are facing any issues with setting up your direct deposit profile using ADP self-service or the AtoZ service options provided above, you may contact the ERC at 1-888-892-7180 (toll-free).

Regards,
US Payroll Team

********This is an automated message - please do not reply directly to this email********

Case created 35109683

From:  Panorama No Reply (panorama-noreply@caseservices.panorama.hr.a2z.com)

To:    p31rep@yahoo.com; beabett@amazon.com

Date:  Tuesday, November 2, 2021 at 12:09 PM CDT

Hello,

Case #35109683 has been created in HR Cases.

**Case Subject:** Pay issue

You can view the case in two ways:

- A to Z Users: Go to A to Z, go to "Resources", and click the **HR Cases** tile.
- Inside Amazon Users: Visit the HR Cases tool to access your case details.

Please do not reply to this email. Your reply will go to an unmonitored inbox and will not be read.

Thank you,



Payment issue

From:  Amazon ERC (erc@caseservices.panorama.hr.a2z.com)

To:    p31rep@yahoo.com; bcabett@amazon.com

Date:  Monday, November 8, 2021 at 05:06 PM CST

Hello Bettina,
This is Chris from ERC Specialty.

This is the ticket we are currently working E344349090
Once i get an update you will be notify.

Have a nice day.

ref:_00D36h5qS_5001C1CnSsv:ref

Case created 35779238

From:  Panorama No Reply (panorama-noreply@caseservices.panorama.hr.a2z.com)

To:    p31rep@yahoo.com, herbert@amazon.com

Date:  Saturday, November 13, 2021 at 10:56 AM CST

Hello,

Case #35779238 has been created in HR Cases.

**Case Subject:** Pay issue

You can view the case two ways:

- A to Z Users: Go to a to Z, go to "Resources", and click the **HR Cases** tile.
- Inside Amazon Users: Visit the <u>HR Cases</u> tool to access your case details.

Please do not reply to this email. Your reply will go to an unmonitored inbox and will not be read.

Thank you,

Case Confirmation

From: Amazon ERC (erc@caseservices.panorama.hr.a2z.com)

To: p31rep@yahoo.com

Date: Saturday, November 13, 2021 at 11:17 AM CST

Hi Bettina,

Thank you for contacting the Employee Resource Center (ERC).

Your case has been created with the number: **35779238.**

Additionally Ticket #E344712052 has been created for the same.

If you have additional questions, please answer this email or contact the ERC at 1 (888) 892-7180 with your case
reference number, 35779238. The Employee Resource Center (ERC) is open 24 hours.

Thank you.

**Employee** Resource Center
**ERC Phone:** 1.898.892.7180
**ERC Fax:** 1.888.304.5312
**Get HR Help** on a device https://hrhelp.a2z.com



ref:_00D3a1SS5_500t1Ctr1CZ3b0f:

## Failed Direct Deposit - Live Check

From:   Amazon A to Z (notifications@atoz.amazon.work)

To:       p31...@yahoo...

Date:   Monday, November 15, 2021 at 11:23 AM CST

Amazon received a rejected deposit alert from ADP, and reissued your pay via a live check. For more info visit A to Z.

ERC Case Resolution

From: Amazon ERC (employeeservices.panorama.hr.a2z.com)

To:   p31-ep@yahoo

Date: Sunday, November 28, 2021 at 04:23 PM CST

Hello Bettina,

We hope you are well today. This is regarding your case 35779238 that was escalated to the Specialty Team, regarding your Pay concern. We are happy to inform that it has been resolved and we want to share some details about the resolution with you.

- Please be advised that your off-cycle payment request will be processed on 11/29/2021. Off-Cycle and the funds will be deposited the same business day.

We apologize for the error and inconvenience this may have caused. You can call ERC at 1 (888) 892-7180 and reference case 35779238 for additional information. The ERC is open 24 hours a day. The Specialty Team works 7 days/week, 7 a.m. to 6 p.m. Pacific Standard Time.

Now that your case is closed, we'd love to hear about your experience with the ERC! Please take this 3-question survey. It takes about 1 minute to complete.

Access the survey here: Voice of the Customer Survey

Thank you,

ERC Specialty Team

United States Employee Resource Center

ERC Phone: 1.888.892.7180
ERC Fax: 1.888.304.
Get HR Help: hrhelp.amazon.com

employee Resource Center

ref_00D30haD._5005003HJ3yRaf

Claim Number

From: Accommo... ...k...ace@dis-accommodation.services.hr.a2z.com)
To:    p31rep@... ...r...am
Date: Monday, ...... ...z ... ...5



Hello Bettin...

On 12/27/2... ...we are unable to move forward with your request due to Covid-19 having a
specialized .... ...will need to open a Covid-19 Leave of Absence with the COVID-19 Resource
Center (CRC)... ...contact with the ERC DLS if excused time is needed. Please call them to initiate
your Covid-19 ...se.
If this is Relat... ... ... effects, please get in contact with the ERC Team, in order to get further assistance.

COVID-19 R... ...
Phone 855-...
Available 5 a... ... ...ic Standard Time)
7 days a we...

Maya Rodr... ... ...clate Herrera| ERC Associate, DLS
Phone: 888-... ... Fa... 206-946-7289
Website: dis... ...
Get HR He... ...

**Phone| 1-888-892-7180, Option 1, Option 4**
**Fax | 206-946-7289**
**... Email | accommodations@amazon.com or corp-accommodation@amazon.com**

[ ref:a0A4o0000... ...]



# NOTICE TO EMPLOYEES

### POSTED PURSUANT TO A SETTLEMENT AGREEMENT APPROVED BY A REGIONAL DIRECTOR OF THE NATIONAL LABOR RELATIONS BOARD

#### AN AGENCY OF THE UNITED STATES GOVERNMENT

**Amazon.com Services, LLC**

**Cases 13-CA-275270, 13-CA-276695, 13-CA-279376, 29-CA-278982, 29-CA-282693, and 29-CA-284417**

THE NATIONAL LABOR RELATIONS ACT GIVES YOU THE RIGHT TO:

- Form, join, or assist a union;
- Choose a representative to bargain with us on your behalf;
- Act together with other employees for your benefit and protection;
- Choose not to engage in any of these protected activities.

WE WILL NOT do anything to prevent you from exercising the above rights.

WE WILL NOT, in retaliation for your engaging in union or protected concerted activities or otherwise, create, maintain, or implement any rules or policies that limit your access to nonworking exterior areas of our facilities in the United States, such as our policy that restricts your access to non-working areas beyond 15 minutes of the start and end of your shifts.

WE WILL NOT, in retaliation for your engaging in union or protected concerted activities, tell you that you are in violation of an off-duty access policy or any other off-duty policy by a long you to leave the premises because you were in the facility in non-work areas such as the breakroom or outside during non-work time, while we allow other off-duty employees who are not participating in union or protected concerted activities to access those same areas.

WE WILL NOT tell you that you cannot be on our property, ask you you need to leave our property 15-minutes after the end of your shift or threaten you with the police or that we will call the police, when you are outside your facility engaged in union or protected

concerted activities by talking to your co-workers in exterior non-work areas during non-work time.

WE WILL NOT ask you about your union activity or about protected concerted activity, including by asking you why you are talking to co-workers while you are engaged in union or protected concerted activities during non-work time on or off of our property.

WE WILL immediately, upon the approval of this Settlement Agreement by the Regional Director, Region 13, of the National Labor Relations Board, at each of our fulfillment centers and delivery stations in the United States, rescind and give no effect to the policies we issued and maintained that (1) restricts your access to non-working areas beyond 15 minutes of the start or end of your shifts, and (2) restricts access to the interior of the site or any working area, and **WE WILL** notify employees at each of our fulfillment centers, sortation centers, receive centers, specialty, and delivery stations nationwide that we have done so. In the event we wish to reinstate a lawful rule regarding off-duty employee access to our buildings, we will only do so after the 60-day posting period for the instant charges has concluded and said notification to employees must also state that the rule will not be discriminatorily enforced against employees exercising in protected activity.

**Amazon.com Services, LLC**
(Employer)

Date: ____6/___2022     By: ___Shawnta Hyde___, ___Director PXT3___
(Representative)          (Title)

The National Labor Relations Board is an independent Federal agency created in 1935 to enforce the National Labor Relations Act. We conduct secret ballot elections to determine whether employees want union representation and we investigate and remedy unfair labor practices by employers and unions. To find out more about your rights under the Act and how to file a charge or election petition, you may speak confidentially to any agent with the Board's Regional Office set forth below or you may call the Board's toll-free number 1-844-762-NLRB (1-844-762-6572). Hearing impaired callers who wish to speak to an Agency representative should contact the Federal Relay Service (link is external) by visiting its website at https://www.federalrelay.us/tty (link is external) for a listing of its toll-free numbers and asking its Communications Assistant to call our toll-free number at 1-844-762-NLRB.

219 South Dearborn Street, Suite 808          Telephone: (312) 353-7570
Chicago, IL 60604-1601                         Hours of Operation: 8:30 a.m. to 5:00 p.m.

THIS IS AN OFFICIAL NOTICE AND MUST NOT BE DEFACED BY ANYONE

This notice must remain posted for 60 consecutive days from the date of posting and must not be altered, defaced, or covered by any other material. Any questions concerning this notice or compliance with its provisions may be directed to the Centralized Compliance and Notice Assistant, Nakisha Skinner at (312)886-4888.

Additional Compensation Applied to Your Shifts

From:  Amazon A to Z (notifications@atoz.amazon.work)

To:    p31rep@yahoo.com

Date:  Friday, February 4, 2022 at 03:23 PM CST

Pay has been increased with a premium of +2.0/hour effective Feb 27, 2022 to Mar 06, 2022 every Sunday from 19:30 to 08:00. See all shifts at https://atoz.amazon.work/m/t/0WpXxCv



Date:

CONGRATULATIONS! You have been selected for the following position:

Ambassador

Through this recognition, you can be sure that you are considered to have high potential and are among the best. This is a great development opportunity for you, in that you will be participating in ensuring our trainees are set up for success. Ambassadors help set the tone and are the first impression of Amazon for many of our new hires here at DEN5.

So, how does it work? This is a yearly standard process. <u>We need you to attend an Ambassador Day 1 class.</u> Currently, you are scheduled for a class on the following day:

2/28/20__ 9:00AM-12:30PM (DAY SORT)

Please clock in at your regular scheduled time and check in at the learning hub.

Please contact learning at den5-learning@amazon.com if you have questions, concerns, or if you are not scheduled to work on this day.

I would like to personally thank you in advance for your willingness to participate and your desire to have a positive impact on our training success!

Respectfully,

T
Learning Area Manager

3/6/23, 7:21 PM                                    Keep track of your application

# Keep track of your application

From:  noreply@mail.amazon.jobs

To:    p3...@yahoo.com

Date:  Friday, March 4, 2022 at 12:16 AM CST

Hi Bettina,

Thank you for your interest in Area Manager 2022 Nationwide (Entry Level) (ID: 1941745).

**If you have completed the application:**
Great! You can now check the application status here.

**If you are still working on the application:**
Don't worry! You can complete it here when you're ready.

If you'd like to learn more about our culture and peculiar ways, visit amazon.jobs. Or you can get the latest Amazon news and stories by following our Day One blog.

Best regards,
Amazon Recruiting Team

*Please do not reply to this email - we are unable to review or respond to messages at this address.*



3/6/23, 7:20 PM
Keep track of your application

# Keep track of your application

From: noreply@email.amazon.jobs

To: p3i... @yahoo.com

Date: Friday, March 4, 2022 at 12:47 AM CST

Hi Bettina,

Thank you for your interest in Associate Partner, Human Resources (ID: 1946450).

If you have completed the **application:**
Great! You can now check the application status here.

If you are still working on **the application:**
Don't worry! You can complete it here when you're ready.

If you'd like to learn more about our culture and peculiar ways, visit amazon.jobs. Or you can see the latest Amazon news and stories by following our Day One blog.

Best regards,

Amazon Recruiting Team

*Please do not reply to this email - we are unable to review or respond to messages at this address.*

  

3/6/23, 7:19 PM                    Amazon Assessments - Reminder to complete your assigned assessment

## Amazon Assessments - Reminder to complete your assigned assessment

From: noreply@mail.amazon.jobs

To: p31rep@yahoo.com

Date: Tuesday, March 8, 2022 at 12:48 AM CST

Hi Bettina,

Thank you again for your interest in working for Amazon! This is a friendly reminder to complete the assessment. You **must complete the online assessment in order to be considered for the role to which you applied.**

No advance preparation or practice is necessary. The assessment will take approximately 40 minutes. We want you to do your best, so you should take the assessment in a quiet, distraction-free environment with a reliable internet connection.

### **Start My Assessment**

Thank you for your time and your interest in Amazon!

You can find more information on assessments at Amazon here.

Best regards,

Amazon Recruiting Team

*Note: Our inclusive culture empowers Amazonians to deliver the best results for our customers. If you have a disability and require an accommodation during the hiring process, including the assessment, contact the Applicant-Candidate Accommodation Team (ACAT) at 1-844-435-0287. For more information, please visit our Disability Accommodations.*

*Please do not reply to this email - we are unable to review or respond to messages at this address.*



https://mail.yahoo.com/d/search/keyword=amazon/messages/28405?guce_referrer=aHR0cHM6Ly9sb2dpbi55YWhvby5jb20v&guce_referrer_sig=AQA...    1/1

Case created 44593328

From:  Panorama No Reply (panorama-noreply@caseservices.panorama.hr.a2z.com)

To:    p31rep@yahoo.com; beabett@amazon.com

Date:  Tuesday, March ?9, 2022 at 09:54 AM CDT

Hello

Case #44593328 has been created in HR Cases.

Case Subject: UPT/Points/Unscheduled time off

You can view the case in two ways:

- A to Z Users: Go to run Z, go to "Resources", and click the **HR Cases** tile.
- Inside Amazon Users: Visit the HR Cases tool to access your case details.

Please do not reply to this email. Your reply will go to an unmonitored inbox and will not be read.

Thank you

hr cases

(5,605 unread) - p31rep@yahoo.com - Yahoo Mail

Automatic reply: Ambassador Transfer

From:  Lanier, Von (vonway@amazon.com)

To:    p31rep@yahoo.com

Date:  Wednesday, April 5, 2022 at 10:14 PM CDT

Thank you for your message!

I am currently out of the office through with limited access to email, I will return April 7, 2022. If you have a
DFW8-related question/concern please contact dfw8-askhr@amazon.com.

Helpful Resources:
* hub.amazon.work
* hrc@amazon.com
* Employee Resource Center (ERC): (888) 892-7180
* Leave of Absence Team at (888) 892-7180 ext. 1.
* Employment Verification via The Work Number at (800) 367-5690 or visit their website  Amazon's Employer Code is 70129.
* Employee Assistance Program (EAP): 1-855-435-4333 or www.GuidanceResources.com using ID "AmazonEAP."

RE: Ambassador Transfer

From:  Lanier, Von (vonsway@amazon.com)

To:      p31rep@yahoo.com

Date:  Friday, April 8, 2022 at 03:17 PM CDT

Here is the link for the AFM role: It's a T1 position which starts at $15.50/hr
https://www.amazon.jobs/en/internal/jobs/2018522/amnesty-floor-monitor-nasc-nasc
Here is the link for the Interim Learning Trainer which is $15.50 per hour with a interim shift differential of up to
$1.15/hr: https://www.amazon.jobs/en/internal/jobs/1992056/interim-trainer

Von **Lanier**, Dr B.A., PHRM-CP [She, Her] | HR Business Partner
**People eXperience and Technology**
North America Sort Center – RBD5/DFW8
vonsway@amazon.com



amazon
Human Resources
Work Hard. Have Fun. Make History.

From: Bethany Reaves <p31rep@yahoo.com>
Sent: Wednesday, April 6, 2022 10:14 PM
To: Lanier, Von <vonsway@amazon.com>
Subject: RE: [EXTERNAL] Ambassador Transfer

**CAUTION**: This email originated from outside of the organization. Do not click links or open
attachments unless you can confirm the sender and know the content is safe.

Hello,

I just wanted to follow up that I have not received the link to apply. I wasn't sure if you were aware of this but I'm just
letting you know that I have not received the link.

Thank you.

Bettina Beaver

Sent from Yahoo Mail for iPhone

On Tuesday, April 5, 2022, 11:07 AM, Bettina Beaver <p31rep@yahoo.com> wrote:

Ok, that would be great, I'm am not AFM trained but I can definitely look into it.

Thank you,

Bettina Beaver

Sent from Yahoo Mail for iPhone

On Tuesday, April 5, 2022, 9:42 AM, Lanier, Von <vonsway@amazon.com> wrote:

Hi Bettina,

Let me send you a link to the posting for you to apply. Would you happen to be AFM trained/certified by chance?

Von Lanier, Dr.B.A, SHRM-CP [She, Her] | HR Business Partner
People eXperience and Technology
North America Sort Center – RBD5/DFW8
Cell: 972-742-3030 (text)

amazon
Human Resources
Work Hard.  ...  Make History.



From: Bettina Beaver <p31rep@yahoo.com>
Sent: Tuesday, April 5, 2022 10:29 AM
To: Lanier, Von <vonsway@amazon.com>
Subject: [EXTERNAL] Ambassador Transfer

CAUTION: This email originated from outside of the organization. Do not click links or open attachments unless you can confirm the sender and know the content is safe.

3/6/23, 7:10 PM
(5,605 unread) - p31rep@yahoo.com - Yahoo Mail

I currently work at Den5 as a Learning Ambassador and I seen that a work team opportunity is available at your opening site.

I spoke with my Learning Mentor- Ren about probably transferring to your site since I will be moving to Texas on the 22nd of April. He gave me your contact information to reach out to you and see what could be done since I will be moving before the working team is scheduling to go.

Is it possible to transfer in earlier to help prepare the facility before the work teams arrive? I know this is short notice, but I could start as soon as April 25th.

Thank you.

3/6/23, 7:15 PM                              (5,605 unread) - p31rep@yahoo.com - Yahoo Mail

Case created 45219101

From:  Panorama No Reply (panorama-noreply@caseservices.panorama.hr.a2z.com)

To:    p31rep@yahoo.com; beabett@amazon.com

Date:  Sunday, April 10, 2022 at 11:13 AM CDT

Hello,

Case #45219101 has been created in HR Cases.

Case **Subject:** Unplanned absence reporting

You can view the case in two ways:

- **A to Z Users:** Go to A to Z, go to "Resources", and click the **HR Cases** tile.
- **Inside Amazon Users:** Visit the HR Cases tool to access your case details.

Please do not reply to this email. Your reply will go to an unmonitored inbox and will not be read.

Thank you,

hr case