IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 23-cv-02675-SKC-TPO

BETTINA B. BEAVER,

    Plaintiff,

v.

AMAZON.COM SERVICES LLC,

    Defendant.

## FINAL JUDGMENT

In accordance with the orders filed during the pendency of this case, and pursuant to Fed. R. Civ. P. 58(a), the following Final Judgment is hereby entered.

Pursuant to the Order Adopting Report and Recommendation Re: Motion to Dismiss (Dkt. 88) [ECF No. 98] entered by U.S. District Judge S. Kato Crews, on July 25, 2025, it is

ORDERED that judgment is entered in favor of Defendant and against Plaintiff. It is

FURTHER ORDERED that this action is terminated.

   Dated: July 28, 2025.

                                      FOR THE COURT:
                                      JEFFREY P. COLWELL, CLERK

                                      s/C. Pearson, Deputy Clerk